No. 7,419.—E. E. MOULTON, Appellant, v. EVERETT REDEEN, County Superintendent of Schools, Respondent.

Decided March 2, 1935.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for failure to file transcript within time is granted, and the appeal is ordered dismissed.

*Mr. J. J. McIntosh,* for Appellant.

*Mr. E. E. Fenton,* for Respondent.